## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02071-STV

UNITED STATES OF AMERICA
ex rel. WADE RINER

        Plaintiff,

v.

BEAVER RUN HOMEOWNERS ASSOCIATION,
ET AL.

        Defendants.

---

## JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE

---

        The Parties through their undersigned counsel request the Court to postpone the Scheduling Conference currently set for March 14, 2024 at 9:45 am until the Court rules on Defendants' forthcoming motion to dismiss and motion to stay. As ground for this motion, the Parties state:

        1.      This is a *qui tam* action alleging violation of the False Claim Act.

        2.      Plaintiff ("Relator") filed his complaint against twenty-five defendants[1] on August 15, 2022. (Dkt. #1).

        3.      On October 13, 2023, the United States filed its Notice of Election to Decline Intervention. (Dkt. #14).

        4.      On October 26, 2023, the Court set a scheduling conference for January 10, 2024.

        5.      Summonses to Defendants issued January 2 and 5, 2024. (Dkt. Nos. 19-34; 38-53).

---

[1] Plaintiff has since dismissed two defendants, thus there are currently twenty-three defendants.

6.      On January 3, 2024, the Court rescheduled the scheduling conference to take place on March 14, 2024 and set the parties' deadline to file the proposed scheduling order for March 7, 2024. (Dkt. #36).

7.      On March 1, 2024, the Court granted Defendants' request for an extension of time until March 19, 2024 (the latest response deadline of all Defendants) to file one consolidated response to Relator's complaint. (Dkt. #120).

8.      On March 19, 2024, Defendants anticipate filing a motion to dismiss arguing, in part, the Court lacks jurisdiction under the False Claims Act's public disclosure bar pursuant to 31 U.S.C.A. § 3730(e)(4) and *U.S. ex rel. Grynberg v. Praxair, Inc.*, 389 F.3d 1038 (10th Cir. 2004).

9.      Contemporaneously with the filing of their motion to dismiss, Defendants anticipate filing a motion to stay discovery pending ruling on the motion to dismiss pursuant to the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, * 2 (D. Colo. Mar. 30, 2006), as well as law holding a court must first decide if it has jurisdiction before deciding substantive issues. *Cunningham v. BHP Petroleum Great Britain PLC*, 427 F.3d 1238, 1245 (10th Cir. 2005) (reversing for lack of jurisdiction and vacating orders, "because the district court never had jurisdiction over the case, it had no power to rule on any substantive motions or to enter judgment").

10.     In light of Defendants' forthcoming filings and the potential the court grants Defendants' motion to stay discovery, it is not an efficient use of judicial resources or the parties' time and expense to prepare a scheduling order and participate in a scheduling conference.

11.     Defendants therefore request the Court postpone the scheduling conference and the deadline to file a scheduling order until after the court rules on Defendants' forthcoming motion to stay discovery pending ruling on Defendants' forthcoming motion to dismiss.

12.     Plaintiff consents to the relief sought in this motion. However, Relator does *not* consent to the relief sought in Defendants' forthcoming motions and by consenting to postpone the scheduling conference in this motion is not in any way suggesting he agrees with any relief Defendants intend to seek in their forthcoming motion to stay and motion to dismiss or that he even knows what Defendants' arguments will be in those motions.

WHEREFORE, the Parties request the Court postpone the scheduling conference and deadline to file the scheduling order until after the Court has ruled upon Defendants' forthcoming motion to stay discovery pending ruling on Defendants' motion to dismiss due March 19, 2024.

Respectfully submitted on March 6, 2024.

/s/ Tamara A. Seelman
Tamara A. Seelman
Megan A. Jones
Morgan E. Hamrick
Stephanie M. Hiquiana
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
tseelman@grsm.com
mzjones@grsm.com
mhamrick@grsm.com
shiquiana@grsm.com
*Attorneys for Defendants Aspen Alps Condominium Association, Inc., Aspen Square Condominium Association, Inc., Beaver Run Homeowners Association, Christie Lodge Owners Association, Inc., Club Telluride Owners Association, Inc., Fort Collins Country Club, Manor Vail Condominium Association, Park Plaza Condominium Association, Racquet Club Owners Association, and Timberline Condominiums Association, Inc.*

*/s/ Lorne G. Hiller (w/ permission)*
Lorne G. Hiller
**FREEMAN MATHIS & GARY, LLP**
1600 Market Square
1400 16th Street, Suite 400
Denver, Colorado 80202
lorne.hiller@fmglaw.com

Justin J. Boron
**FREEMAN MATHIS & GARY, LLP**
1600 Market Street, Suite 1210
Philadelphia, Pennsylvania 19103
justin.boron@fmglaw.com

Matthew N. Foree
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
mforee@fmglaw.com

*Attorneys for Defendants Avon Lake Villas Condominium Association, Inc., Mountain Haus Condominium Association, San Mortiz Condominium Association, The Sandstone Creek Club Condominium Association, Inc., Stonebridge Condominium Association, and Windsor Garden Association*

*/s/ Christine M. Kroupa (w/ permission)*
Christine M. Kroupa
Rachael E. Bandeira
**QUINTAIROS PRIETO WOOD & BOYER P.A.**
216 16th Street, Suite 1750
Denver, Colorado 80202
tseelman@grsm.com
christine.kroupa@qpwblaw.com
rachael.bandeira@qpwblaw.com
*Attorneys for Defendants Antlers Condominium Association, Austria Haus Condominium Association, Inc., and The Village at Copper Association*

*/s/ Brad Shefrin (w/ permission)*
Zubin Chadha
Brad Shefrin
**HALL BOOTH SMITH PC**
5445 DTC Parkway, Suite 900
Greenwood Village, Colorado 80111
zchadha@hallboothsmith.com
bshefrin@hallboothsmith.com
*Attorneys for Defendants Crestwood Condominium*
*Association, Inc., and Dancing Bear Residences Owners*
*Association, Inc.*


*/s/ Aaron M. Bell (w/ permission)*
Patrick Q. Hustead
Aaron M. Bell
Jacob D. Jones
**THE HUSTEAD LAW FIRM, PC**
4643 South Ulster Street
Regency Plaza One, Suite 1250
Denver, Colorado 80237
pqh@thlf.com
amb@thlf.com
jdj@thlf.com
*Attorneys for Defendant The Heather Gardens Association*


*/s/ Jeremy D. Peck (w/ permission)*
Jeremy D. Peck
**KUTAK ROCK LLP**
2001 16th Street, Suite 1800
Denver, Colorado 80202
jeremy.peck@kutakrock.com
*Attorneys for Defendant North of Nell Condominium*
*Association*


*/s/ Randall C. Owens (w/ permission)*
Randall C. Owens
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
owens@wrightclosebarger.com
*Attorneys for Plaintiff Wade Riner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March 2024, a true and correct copy of the JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel of record.

                     *s/ Linda S. Montoya*
                     for Gordon Rees Scully Mansukhani, LLP