IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:22-cv-02071-STV

UNITED STATES OF AMERICA *ex. rel.* WADE RINER

   Plaintiff,

v.

BEAVER RUN HOMEOWNERS ASSOCIATION, ET AL.

   Defendants.

---

## **RELATOR WADE RINER'S NOTICE OF VOLUNTARY DISMISSAL**

---

Plaintiff/Relator Wade Riner ("Relator") files this Notice of Voluntary Dismissal dismissing the action against all defendants without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), as no Defendant has filed an answer or motion for summary judgment.

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., consent on the part of the United States Government is required to dismiss the federal False Claims Act claims.

## **CONSENT OF THE UNITED STATES**

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., Relator is advised that counsel for the United States will be filing an appropriate notice with the Court

confirming the Government's consent to Relator's voluntary dismissal of its claims against all defendants.

Respectfully Submitted,

*/s/ Randall C. Owens*
Randall C. Owens
Tx Bar No. 15380700
Michael Adams-Hurta
Tx Bar No. 24097860
Wright Close & Barger, LLP
One Riverway, Ste. 2200
Houston, Texas 77056
Tel: (713) 572-4321
Fax: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com

*Attorneys for Relator Wade Riner*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, a true and correct copy of the foregoing was served on all counsel of record through the court's ECF system.

*/s/ Randall C. Owens*
Randall C. Owens