# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2071-RMR-STV

UNITED STATES *ex rel.* WADE RINER,

    Plaintiff,

v.

BEAVER RUN HOMEOWNERS ASSOCIATION,
ANTLERS CONDOMINIUM ASSOCIATION,
ASPEN ALPS CONDOMINIUM ASSOCIATION, INC.,
ASPEN SQUARE CONDOMINIUM ASSOCIATION, INC.,
AUSTRIA HAUS CONDOMINIUM ASSOCIATION, INC.,
AVON LAKE VILLAS CONDOMINIUM ASSOCIATION, INC.,
CHRISTIE LODGE OWNERS ASSOCIATION, INC.,
CLUB TELLURIDE OWNERS ASSOCIATION, INC.,
CRESTWOOD CONDOMINIUM ASSOCIATION, INC.,
DANCING BEAR RESIDENCES OWNERS ASSOCIATION, INC.,
FORT COLLINS COUNTRY CLUB,
THE HEATHER GARDENS ASSOCIATION,
MANOR VAIL CONDOMINIUM ASSOCIATION,
MOUNTAIN HAUS CONDOMINIUM ASSOCIATION,
NORTH OF NELL CONDOMINIUM ASSOCIATION,
PARK PLAZA CONDOMINIUM ASSOCIATION,
RACQUET CLUB OWNERS ASSOCIATION,
RANCH MEMBERS GROUP INC.,
SAN MORTIZ CONDOMINIUM ASSOCIATION,
THE SANDSTONE CREEK CLUB CONDOMINIUM ASSOCIATION, INC.,
STONEBRIDGE CONDOMINIUM ASSOCIATION,
TIMBERLINE CONDOMINIUMS ASSOCIATION, INC.,
THE VILLAGE AT COPPER ASSOCIATION,
WHALE ROCK COUNTRY CLUB, and
WINDSOR GARDENS ASSOCIATION,

    Defendants.

**UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL OF ACTION**

On April 8, 2024, Relator filed a notice of voluntary dismissal of this *qui tam* action, dismissing all remaining defendants.  *See* ECF No. 142.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby provides the Court with the United States' written consent to dismissal of this *qui tam* action without prejudice to the United States, and the reasons for the United States' consent to dismissal.

The United States consents to dismissal of this *qui tam* action without prejudice to the United States because dismissal is in keeping with the public interest.  The United States has investigated this matter and consulted with the appropriate government officials.  Having considered the totality of the circumstances, including information provided by the Small Business Administration, the United States did not find adequate basis to intervene.  Accordingly, the United States believes it is appropriate to dismiss this *qui tam* action without prejudice to the United States.

| | |
|---|---|
| Dated: April 8, 2024. | Respectfully submitted, |
| | COLE FINEGAN<br>United States Attorney |
| | s/ Nicholas A. Deuschle<br>***Nicholas A. Deuschle***<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 454-0100<br>Facsimile: (303) 454-0411<br>E-mail: Nick.Deuschle@usdoj.gov<br>Attorney for the United States of America |

2

**CERTIFICATE OF SERVICE**

 I hereby certify that, on April 8, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to:

Randall C. Owens
Michael Adams-Hurta
Wright & Close LLP
One Riverway, Suite 2200
Houston, Texas 77056
owens@wrightclosebarger.com
hurta@wrightclosebarger.com
*Attorneys for Relator Wade Riner*

Christine Marie Kroupa
Rachael Erin Bandeira
Quintairos Prieto Wood & Boyer P.A.
216 16th Street Suite 1750
Denver, CO 80202
Christine.Kroupa@qpwblaw.com
Rachael.Bandeira@qpwblaw.com
*Attorneys for Defendants Antlers Condominium*
*Association, Austria Haus Condominium*
*Association, and The Village at Copper*
*Association*

Justin Joseph Boron
Lorne Grant Hiller
Matthew Nolan Foree
Freeman Mathis & Gary LLP
1600 Market Street Suite 1210
Philadelphia, PA 19103
Jboron@fmglaw.com
Lorne.Hiller@fmglaw.com
Mforee@fmglaw.com
*Attorneys for Defendants Avon Lake Villas Condominium*
*Association, Inc., Mountain Haus Condominium*
*Association, San Mortiz Condominium Association,*
*The Sandstone Creek Club Condominium Association, Inc.,*
*Stonebridge Condominium Association, and*
*Windsor Gardens Association*

Matthew Nolan Foree
Freeman Mathis & Gary LLP

100 Galleria Parkway Suite 1600
Marietta, GA 30339
Mforee@fmglaw.com
*Attorney for Defendants Avon Lake Villas Condominium*
*Association, Inc., Mountain Haus Condominium*
*Association, San Mortiz Condominium Association,*
*The Sandstone Creek Club Condominium Association, Inc.,*
*Stonebridge Condominium Association, and*
*Windsor Gardens Association*

Patrick Quinn Hustead
Aaron Mark Bell
Hustead Law Firm PC
4643 South Ulster Street Regency Plaza One,
Suite 1250
Denver, CO 80237-3334
File@thlf.com
Amb@thlf.com
Jdj@thlf.com
*Attorneys for Defendant The Heather Gardens*
*Association*

Megan Amanda Jones
Stephanie Marie Hiquiana
Tamara Ann Seelman
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street Suite 3400
Denver, CO 80202
Mzjones@grsm.com
Shiquiana@grsm.com
Tseelman@grsm.com
*Attorneys for Defendants Beaver Run Homeowners*
*Association, Manor Vail Condominium Association,*
*Aspen Alps Condominium Association, Inc., Aspen*
*Square Condominium Association, Inc., Christie*
*Lodge Owners Association, Inc., Club Telluride*
*Owners Association, Inc., Fort Collins Country Club,*
*Park Plaza Condominium Association, Racquet Club*
*Owners Association, and Timberline Condominiums*
*Association, Inc.*

Morgan Elizabeth Hamrick
Kontnik Cohen LLC
201 Steele Street Suite 210

Denver, CO 80206
Mhamrick@grsm.com
*Attorney for Defendants Beaver Run Homeowners Association, Manor Vail Condominium Association, Aspen Alps Condominium Association, Inc., Aspen Square Condominium Association, Inc., Christie Lodge Owners Association, Inc., Club Telluride Owners Association, Inc., Fort Collins Country Club, Park Plaza Condominium Association, Racquet Club Owners Association, and Timberline Condominiums Association, Inc.*

Bradley Neal Shefrin
Zubin Chadha
Hall Booth Smith, P.C.
5445 Dtc Parkway The Quadrant Suite 900
Greenwood Village, CO 80111
Bshefrin@hallboothsmith.com
Zchadha@hallboothsmith.com
*Attorneys for Defendants Dancing Bear Residences Owners Association, Inc., and Crestwood Condominium Association, Inc.*

Jeremy David Peck
Kutak Rock LLP
2001 16th Street Suite 1800
Denver, CO 80202
Jeremy.Peck@kutakrock.com
*Attorney for Defendant North of Nell Condominium Association*

                                            s/ Nicholas A. Deuschle
                                            **Nicholas A. Deuschle**